UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| QUINN'S AUTOMOTIVE INCORPORATED, *et al.*, ) ) ) | Case No.: 1:06 CV 620 |
| Plaintiffs ) ) | |
| v. ) ) | JUDGE SOLOMON OLIVER, JR. |
| CITY OF PARMA, *et al.*, ) ) | |
| Defendants ) | JUDGMENT ENTRY |

The court, having granted Defendants' Motion for Summary Judgment (ECF No. 40) in a separate Order of this same date, hereby enters judgment for the Defendants and against the Plaintiffs.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 31, 2007